ORIGINAL 5

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

       Plaintiff,                          Criminal No. 11-cr-20129

v.                                       HON. ROBERT H. CLELAND

                                         Violation: 21 U.S.C. § 843(b)

D-29 DANNY RUSSELL BURBY, JR.

       Defendant.

_____/

FILED AUG 28 2014 CLERK'S OFFICE U.S. DISTRICT OFFICE EASTERN MICHIGAN

## SECOND SUPERSEDING INFORMATION

The United States Attorney charges:

## COUNT 1

(21 U.S.C. §843(b) – USE OF A COMMUNICATIONS FACILITY TO CAUSE AND FACILITATE A FELONY DRUG TRANSACTION)

On November 6, 2007, in the Eastern District of Michigan and elsewhere, Defendant Danny Russell Burby, Jr., and others known and unknown to the United States Attorney, did knowingly and intentionally use a communication facility, that is, a telephone, to commit, cause, and facilitate the commission of the offenses of conspiracy to manufacture, distribute, and to possess with the intent to distribute controlled substances, including methamphetamine, which is a felony under Title

21, United States Code, Sections 846 and 841(a)(1); all in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS
(21 U.S.C. § 853)

1. The allegations set forth above are hereby incorporated by reference as if they were set forth in full herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of a violation of Title 21, United States Code, Section 843, as alleged above, defendant shall forfeit to the United States: (a) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation; and (b) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

   a. Two Hortilux growth lights (1B-729);

   b. One black scope, Charles Daly, serial number 885SGM (1B-731);

   c. One Verizon wireless with power cord, LG, Serial number 708KPFX1059467 (1B-732);

   d. Two Verizon wireless Treo phones with one power cord, serial number PWVC0CA5H0PX and PWVC0CR6H476 (1B-738);

   e. One Verizon wireless Treo phone, Palm, serial number PXVC04V7H1YB (1B-739);

  f. One blue plastic container with affixed pipes with lid (1B-744);

  g. One bag of hydroton (1B-745);

  h. One bag of misc. hydro growing items (1B-746);

  i. One orange cooler of misc. hydro growing items (1B-747);

  j. Two four liter jugs of BC grow (1B-748);

  k. One Verizon cellular LG phone, serial number 701KPY20264586, model number VK9900 (1B-753);

  l. Five shotgun shells (1B-757);

  m. Two 12 gauge shotgun shells (1B-758);

  n. Four shotgun shells (1B-759);

  o. One shotgun shell (1B-760); and

  p. Three shotgun shells (1B-761).

3. Substitute Assets: Pursuant to Title 21, United States Code, Section 853(p), defendant shall forfeit any of his other property, real or personal, up to the value of property described above, if, by any act or omission of the defendant, the property subject to forfeiture: cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 21, United States Code, Section 853(p) and Rule 32.2, Federal Rules of Criminal Procedure.

                                   BARBARA L. McQUADE
                                   United States Attorney

                                   s/Saima S. Mohsin
                                   SAIMA S. MOHSIN
                                   ERIC M. STRAUS
                                   Assistant United States Attorneys
                                   211 W. Fort Street, Suite 2001
                                   Detroit, MI 48226
                                   (313) 226-9100
                                   Saima.Mohsin@usdoj.gov
                                   Eric.Straus@usdoj.gov

                                   JEROME M. MAIATICO
                                   Trial Attorney
                                   U.S. Department of Justice
                                   1301 New York Avenue, N.W.
                                   Washington, D.C. 20530
                                   Telephone: (202) 615-8125
                                   Jerome.Maiatico@usdoj.gov

Dated: August 29, 2014

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>11-20129 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008  [ ]

## Companion Case Information

| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Companion Case Number: |
|---|---|
| | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. Danny Russell Burby, Jr.

**County where offense occurred:** Macomb

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:            ]
____Indictment/ ✓ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** 11-20129     **Judge:** Cleland

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 28, 2014
Date

Saima Mohsin
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9600
Email: Saima.Mohsin@usdoj.gov
P73990

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.        04/13